## CONSENT TO JOIN LITIGATION

I, _Adan Alfenso C.O._, hereby express my intention and consent to join the case filed by Milstein Turner, PLLC against my former employers alleging that they violated wage and hour laws.

*Esta forma fue traducida y explicada para mi y yo entiendo y estoy de acuerdo con todo lo escrito aquí encima.*

Date/Fecha: _04-26-2023_

Signature/Firma: _Adan Alfenso C.O._