## CONSENT TO JOIN LITIGATION

I, __Imelda Villanueva__ hereby express my intention and consent to join the case filed by Milstein Turner, PLLC against my former employers alleging that they violated wage and hour laws.

*Esta forma fue traducida y explicada para mi y yo entiendo y estoy de acuerdo con todo lo escrito aquí encima.*

Date/Fecha: __04/26/2023__

Signature/Firma: _____